UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIFFANY LAWRENCE,

        Plaintiff,

  v.

FCA US LLC, formerly doing
business as Chrysler Group, LLC,

        Defendant.

Case No.
Hon.

_____/

Joel B. Sklar (P38338)
LAW OFFICES OF JOEL B. SKLAR
Attorney for Plaintiff
500 Griswold, Suite 2450
Detroit, MI 48226
313-963-4529 / 313-963-9310 (fax)
joel@joelbsklarlaw.com

_____/

## **COMPLAINT AND JURY DEMAND**

Plaintiff Tiffany Lawrence, by and through her undersigned counsel, files this action and says:

## **INTRODUCTION**

1. This is a proceeding for damages to redress the deprivation of rights secured to the Plaintiff by the Family and Medical Leave Act, 29 U.S.C. 2601-2654 ("FMLA").

## JURISDICTION AND VENUE

2.     The Court has jurisdiction over their controversy based upon the FMLA pursuant to 29 U.S.C. 2601-2654 and 28 U.S.C. 1331, and venue is proper as all acts described herein occurred within this judicial district.

## PARTIES

3.     At all times material hereto, the Plaintiff was/is a citizen of the United States, a resident of this judicial district, and an employee of the Defendant.

4.     At all times material hereto, the Plaintiff was an employee and member of a protected class within the meaning of the FMLA.

5.     At all times material hereto, Defendant FCA US LLC, formerly doing business as Chrysler Group, LLC is a limited liability corporation doing business and services in this judicial district, was the employer or former employer of the Plaintiff, and is an employer as defined by the FMLA.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

6.     The Plaintiff has exhausted and fulfilled all conditions precedent to the institution of this action.

## STATEMENT OF FACTS

7.     The Plaintiff was an employee for the Defendant since January 18, 2011.

8. In July of 2020, Plaintiff asked to take time off to attend to a recurring medical condition protected under the FMLA.

9. Given she had been employed for over a year, this would qualify her for FMLA leave.

10. Defendant granted her this time off, but then advised her that she needed to provide medical documentation that same day specifying why.

11. Plaintiff advised that she was unable to provide that documentation until July 28, 2020, when she had an appointment with her doctor.

12. As a result, after ten years of employment, Defendant terminated her for failing to provide medical documentation despite the law requiring an employer to provide an employee at least 15 days to have FMLA documentation completed.

## COUNT I

### FMLA INTERFERENCE

13. The Plaintiff incorporates by reference paragraphs 1-12 herein.

14. At all times material to this lawsuit, the Plaintiff was entitled to leave under the FMLA.

15. The Defendant unlawfully interfered with the Plaintiff's exercise of his FMLA rights by failing to reinstate her position, or equivalent thereto, upon her return from FMLA leave.

16. As a direct and proximate result of the Defendant's unlawful treatment, Plaintiff suffered damages and will continue to suffer irreparable injury and damages in the future, under the FMLA.

17. The Plaintiff is entitled to an award of reasonable attorney's fees, expert fees, costs and expenses related to this litigation under the FMLA.

ACCORDINGLY, Plaintiff requests that judgment be entered against the Defendant, FCA US LLC, formerly doing business as Chrysler Group, LLC, for all damages recoverable under the FMLA, in addition to all litigation expenses and costs, including attorneys' fees and any other lawful and equitable relief this Court deems to be just and proper.

## COUNT II

## FMLA RETALIATION

19. The Plaintiff incorporates by reference paragraphs 1-18 herein.

20. At all times material to this lawsuit, the Plaintiff was entitled to leave under the FMLA.

21. As a result of this exercise of the FMLA, Defendant intentionally, willfully and unlawfully retaliated against the Plaintiff, in violation of the FMLA.

22. Defendant's decision to adversely affect the Plaintiff was both connected to, and in response to the Plaintiff's FMLA coverage.

23. As a direct and proximate result of the Defendant's unlawful treatment, the Plaintiff has suffered damages and will continue to suffer irreparable injury and damages in the future, under the FMLA.

24. The Plaintiff is entitled to an award of reasonable attorney's fees, expert fees, costs and expenses related to this litigation under the FMLA.

ACCORDINGLY, Plaintiff requests that judgment be entered against the Defendant, FCA US LLC, for all damages recoverable under the FMLA, in addition to all litigation expenses and costs, including attorneys' fees and any other lawful and equitable relief this Court deems to be just and proper.

Respectfully submitted,

s/ Joel B. Sklar
Joel B. Sklar (P38338)
500 Griswold, Suite 2450
Detroit, MI 48226
313-963-4529
Attorney for Plaintiff
Joel@joelbsklarlaw.com

Date:  March 31, 2022

## **JURY DEMAND**

Plaintiff Tiffany Lawrence demands a jury trial of this cause of action.

                                                Respectfully submitted,

                                                s/ Joel B. Sklar
                                                Joel B. Sklar (P38338)
                                                500 Griswold, Suite 2450
                                                Detroit, MI 48226
                                                313-963-4529
                                                Attorney for Plaintiff
Date:  March 31, 2022                  Joel@joelbsklarlaw.com