UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIFFANY LAWRENCE,

    Plaintiff,

v.

FCA US LLC,

    Defendant.

Case No. 22-10690
Honorable Laurie J. Michelson

**ORDER GRANTING MOTION FOR
WITHDRAWAL OF PLAINTIFF'S COUNSEL [16] AND
DISMISSING CASE FOR FAILURE TO PROSECUTE**

For many months, the parties in this case have been trying to finalize a settlement. But Plaintiff Tiffany Lawrence refused to sign the agreement. In an effort to answer any questions or clarify any confusion on Lawrence's part, the Court scheduled an in-person status conference for January 24, 2023. (ECF No. 15.) Lawrence was directed to appear. (*Id.*)

Shortly before the conference, Lawrence's counsel moved to withdraw due to a "complete lack of communication" from her. (ECF No. 16, PageID.55.) The Court set a hearing on that motion for January 24, 2023 as well. (ECF No. 17.) According to counsel, copies of the notice of in-person hearing were sent to Lawrence by electronic and regular mail.

As planned, the Court held the status conference and hearing on January 24, 2023. Lawrence did not appear.

Following the hearing, the Court issued a show-cause order directing Lawrence to explain "why she should not be sanctioned for failing to appear at the scheduled proceedings." (ECF No. 18.) And the Court warned that if she failed to respond by the deadline, "the Court may impose sanctions, including dismissal of this case." (*Id.*)

That deadline has since come and gone, and Lawrence never responded.

Accordingly, the Court will GRANT the motion to withdraw. (ECF No. 16.) And, as Lawrence was warned, the Court will DISMISS this case for failure to prosecute and abide by Court orders. *See Link v. Wabash R. Co.*, 370 U.S. 626, 630–31 (1962) ("The authority of a court to dismiss sua sponte for lack of prosecution has generally been considered an 'inherent power,' governed not by rule or statute but by the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases."). A separate judgment will follow.

In addition, counsel for Lawrence is ORDERED to serve this order and the judgment on Lawrence by mail at her last known address and by e-mail and to docket proof of same.

SO ORDERED.

Dated: February 17, 2023　　　　　　　　　s/Laurie J. Michelson
　　Ann Arbor, Michigan　　　　　　　　　LAURIE J. MICHELSON
　　　　　　　　　　　　　　　　　　　United States District Judge

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 17, 2023.

                                                                s/William Barkholz for Erica Parkin
                                                                Case Manager